## HENDERSON v. THE STATE.

This case came before the Supreme Court on the question whether or not the trial court erred in refusing to grant a new trial; and the court being evenly divided in opinion, Bell, C. J., Jenkins, P. J., and Wyatt, J., being of the opinion that the judgment of the trial court should be reversed, and Grice, Duckworth, and Atkinson, JJ., being of the contrary opinion, the judgment stands affirmed by operation of law.

No. 14721. JANUARY 12, 1944.

*A. H. Gray,* for plaintiff in error.

*T. Grady Head, attorney-general, R. A. Patterson, solicitor-general, Hooper & Miller,* and *L. C. Groves, assistant attorney-general,* contra.